UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LARRY W. RADER,

    Plaintiff,

v.

DUNKIN DONUTS CO. a/k/a DUNKIN DONUTS FRANCHISING LLC (DE), TRAVELERS INSURANCE a/k/a TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY OF AMERICA, EMC INSURANCE COMPANIES (IA), AXLEY BRYNELSON LLP, MEAGHER & GEER PLLP, and LEATHA WOLTER,

    Defendants.

Case No. 21-CV-1274-JPS

**ORDER**

---

On December 28, 2021, the Court dismissed the above-captioned case after affording Plaintiff the opportunity to amend his complaint. (Docket #19, #20). On January 4, 2021, Plaintiff filed a motion to strike pleadings by Defendants and their counsel. (Docket #21). This case was dismissed on December 28, 2021, (Docket #19, #20); therefore, the Court will deny the motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to strike pleadings (Docket #21) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge